**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6778**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES HARRISON SINGLETARY,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, District Judge. (CR-98-240-4, CA-00-2332-4-22)

Submitted: July 31, 2001          Decided: September 5, 2001

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James Harrison Singletary, Appellant Pro Se. Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Harrison Singletary seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Singletary</u>, Nos. CR-98-240-4; CA-00-2332-4-22 (D.S.C. filed Apr. 5, 2001; entered Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>